**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mahmood Khan LODHI, Defendant–Appellant.**

**No. 94–10364.**

United States Court of Appeals, Fifth Circuit.

May 11, 1994.

Mahmood Khan Lodhi, pro se.

Michael Worley, Asst. U.S. Atty., Paul E. Coggins, U.S. Atty., Ft. Worth, TX, for plaintiff-appellee.

Before JOLLY, WIENER and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

Mahmood Khan Lodhi's motion for release pending appeal is DENIED. The provisions of 18 U.S.C. § 3143 and Fed. R.App.P. 9(b), which govern the release and detention of a defendant pending sentence or appeal from a judgment of conviction, do not apply to appeals from orders revoking supervised release. Release pending appeal of an order revoking supervised release will be granted only upon a showing of exceptional circumstances. *See United States v. Lacy,* 643 F.2d 284, 285 (5th Cir.1981) (interpreting the Bail Reform Act of 1966). Exceptional circumstances include the raising of substantial claims upon which the appellant has a high probability of success, a serious deterioration of health while incarcerated, and any unusual delay in the process of appeal. *Id.*

Lodhi has not shown that exceptional circumstances warrant his release. Accordingly, Lodhi's motion for release pending appeal is DENIED. Lodhi's motion for a bond hearing also is DENIED.